UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

JASON LAWRENCE,                                JUDGMENT IN A CIVIL CASE

     Plaintiff,

vs.

PRIMALEND CAPITAL PARTNERS,                    CASE NO: 23-1236-STA-jay
LP, ET AL.,

     Defendants.

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.


**IT IS SO ORDERED AND ADJUDGED** that in accordance with the **ORDER OF DISMISSAL** entered on June 10, 2024, this cause is hereby DISMISSED with prejudice.



                                                   APPROVED:


s/ S. Thomas Anderson
JUDGE UNITED STATES DISTRICT COURT

DATE: 6/10/2024                          Wendy R. Oliver
                                        Clerk of Court


                                           s/Maurice B. BRYSON


                                         (By)  Deputy Clerk